# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN HOLLIS**                                                                             **PLAINTIFF**

**VS.**                   **No. 4:24-cv-00458 PSH**

**MARTIN O'MALLEY, Commissioner,**
     **Social Security Administration**                                **DEFENDANT**

## ORDER

Defendant Martin O'Malley ("O'Malley"), in his unopposed motion for voluntary remand (docket entry no. 9) requests this case be reversed and remanded for further administrative proceedings. For good cause shown, this motion is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE