# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEVEN HOLLIS**                                                                    **PLAINTIFF**

VS.                    No. 4:24-cv-00458 PSH

**MARTIN O'MALLEY, Commissioner,**
   **Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE