## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEVEN HOLLIS**                                                         **PLAINTIFF**

**VS.**                          **No. 4:24-cv-00458 PSH**

**MARTIN O'MALLEY, Commissioner,**
   **Social Security Administration**                        **DEFENDANT**

### ORDER

Counsel for plaintiff Steven Hollis ("Hollis") filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 12. In response, defendant Martin O'Malley ("O'Malley") informs the Court that the parties have agreed to an EAJA award of $6,300.00. Doc. No. 13.

The motion is GRANTED, and the EAJA award in the amount of $6,300.00 is approved. We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Hollis, and not his attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Hollis, in care of his attorney, Martin W. Long, and shall mail the check to Mr. Long at his Panama City, Florida address.

IT IS SO ORDERED this 16th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE